FILED: December 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4702

(1:14-cr-00054-CCE-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOSE ANGEL DE SANTIA BALLESTEROS

      Defendant - Appellant

_____

O R D E R

_____

Court-appointed counsel has filed a motion for authorization of translator or interpreter services for this appeal.

The court authorizes counsel to obtain such services at prevailing rates, not to exceed $165 per 1,000 words for translators, $58 per hour for certified interpreters, and $34 per hour for non-certified interpreters. Only essential interpreter or translator services are authorized (e.g., to explain an <u>Anders</u> brief and <u>Anders</u> rights), and the total cost for all such services provided under this order

shall not exceed $800.

Upon completion of such services, counsel shall submit a **CJA 21 voucher** and a copy of the service provider's detailed invoice. For translation services, the invoice should identify the documents translated and be accompanied by a copy of the word count generated by the word processing software. For interpreter services, the invoice should detail the dates and times the services were provided.

Attached for counsel's reference is a copy of the notice issued by this Court upon filing of an <u>Anders</u> brief, together with the translation that accompanies the notice if the defendant is non-English speaking.

                                        For the Court--By Direction

                                        /s/ Patricia S. Connor, Clerk