## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

No. 14-4702
(1:14-cr-00054-CCE-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JOSE ANGEL DE SANTIA BALLESTEROS

       Defendant - Appellant

_____

Notificación Anders

_____

AVISO PARA EL APELANTE:

ENTREGA DE UN ESCRITO SUPLEMENTARIO POR CUENTA PROPIA:

Su abogado ha presentado un escrito en su nombre, en el caso <u>Anders v. California</u>, 386 U.S. 738 (1967). Como lo requiere el caso, este tribunal emprenderá una revisión completa de las actuaciones judiciales del juez distrital, para determinar si existe alguna cuestión a considerar en la apelación.

Usted tiene derecho a presentar un escrito con cualquier alegato para apoyar su apelación. No es necesario que cite jurisprudencia, pero si debe indicar los hechos y argumentos que desee que el juez considere.

Si desea presentar ese escrito suplementario, tendrá que entregar el original ante el tribunal dentro de los 30 días siguientes, y hacerle llegar una copia a su abogado en

el caso. Si no puede prepararlo en inglés, deberá entregarlo al tribunal y a su abogado en su lengua materna, y éste ultimo hará los arreglos para la traducción. Si está satisfecho con el escrito que ha interpuesto su abogado, no es necesario que usted presente otro por su cuenta.

Patricia S. Connor, Secretaria/o del Tribunal
804-916-2764

Copies:

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

No. 14-4702
(1:14-cr-00054-CCE-2)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JOSE ANGEL DE SANTIA BALLESTEROS

   Defendant - Appellant

_____

ANDERS NOTICE

_____

NOTICE TO APPELLANT:

PRO SE SUPPLEMENTAL BRIEF DUE:

Your attorney has filed a brief on your behalf pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable

to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Patricia S. Connor, Deputy Clerk
804-916-2764

Copies: