## PREPARATION AND FILING OF CJA FORM 21

**FILING INSTRUCTIONS.** Complete Items 2, 5, 7, 8, 9, 10, 12, 13, 14, 16, 17 & 18 on the CJA 21 Voucher according to the instructions below. Attach invoice or statement to completed voucher, together with any additional documentation required by Item 16.

Please submit the completed voucher, invoice, and supporting documentation to the attention of Patty Layne, Clerk's Office, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517 by mail or hand delivery.

**ITEM 2.  PERSON REPRESENTED:**  Give the full name of the person represented. "Tab" to Item 5.

**ITEM 5.  APPEALS DKT. NUMBER:**  Enter the docket number of the appeal. "Tab" to  Item 7.

**ITEM 7.  IN CASE/MATTER OF (*Case Name*):**  Enter *U.S. vs. Defendant's Name*. If it is a multiple defendant case, enter *U.S. vs. Lead Defendant's Name, et al.* "Tab" to Item 8.

**ITEM 8.  PAYMENT CATEGORY:**  Click on the box by *Appeal* or *Other*. The *appeal* category covers direct appeals from conviction or sentence, and §2254, §2255, and §2241 appeals. The "*Other*" category includes:  bail appeals, interlocutory appeals, supervised release violation appeals, mental condition hearing appeals, grand jury witness appeals, government appeals from orders suppressing evidence or dismissing indictments/informations; and motions for authorization to file successive habeas petitions.

**ITEM 9.  TYPE PERSON REPRESENTED:**  Click on the box by *Appellant*, *Appellee*, or *Other*. The "*Other*" category includes 28 U.S.C. §2244 -  Movants. "Tab" to Item 10.

**ITEM 10.  REPRESENTATION TYPE:**  Enter ***TD** for Trial Disposition* for appeals from criminal conviction or sentence after trial or guilty plea.  Enter ***HA*** for *§2254, §2255, or §2241* appeals.  Enter ***AA2*** for *appeals from orders on sentence reduction motions based on guideline amendments relating to crack cocaine. 18 U.S.C. §3582(c).*  Enter ***DRA*** for *appeals from orders on sentence reduction motions based on "drugs minus 2" amendment (amendment 782). 18 U.S.C. §3582(c).*  Enter ***CA*** for *bail appeals, interlocutory appeals, supervised release violation appeals, mental condition hearing appeals, grand jury witness appeals, government appeals from orders suppressing evidence or dismissing indictments/informations, and motions for authorization to file a successive habeas petition.*

**ITEM 12.  ATTORNEY'S STATEMENT:**  The attorney for the defendant shown in Item 2 must sign and date this section**.** Click on the box by *Panel Attorney* or *Retained Attorney*.  Enter the attorney's name, mailing address, and telephone number. "Tab" to Item 16.

**ITEM 13.  DESCRIPTION OF AND JUSTIFICATION FOR SERVICES:**  Briefly describe the nature of the services requested and the reason the services are necessary to provide adequate

representation.  If the service provider is related to counsel, identify the date of the court order granting prior authorization to engage a relative to perform compensable CJA services.

**ITEM 14.  TYPE OF SERVICE PROVIDER:**  Select the type of service from among the options in Item 14, or select other and specify the type of service provided.

**ITEM 16.  SERVICES AND EXPENSES:**  Enter the amount claimed as compensation, travel, or other expenses for the services provided, and enter the total amount claimed on the line *GRAND TOTALS (CLAIMED AND ADJUSTED)*.  Services should be claimed directly by the service provider.  Court-appointed counsel must not sign the CJA 21 until the claimant or payee has completed the required information.  Claims must be supported as follows:

— *Duplication Services*:  The Court pays for commercial duplication services for briefs, appendices, and certiorari petitions at up to $.35 per page.  Double-sided copying must be used for appendices, reducing the rate for the appendix to $.17 ½  per page.  Appendices may not exceed 500 pages without advance authorization from the Court.  Duplication services for certiorari petitions may not exceed $500 without advance authorization from the Court.  Claims for duplication services totaling less than $100 must be submitted with counsel's CJA 20 Voucher rather than on a separate CJA 21 Voucher.  Vouchers for duplication services must be supported by the invoice and the last numbered page of the brief, appendix, or certiorari petition duplicated plus a tally of unnumbered pages.  If the appendix exceeds 500 pages or the cost of a certiorari petition exceeds $500, identify the date of the Court's order granting authorization to exceed the usual limitation. Copy costs for CD's and DVD's may not exceed $1.00 per copy.

Commercial duplication rates ($.35 per brief page and $.175 per appendix page) apply to the following copies:

**Under Briefing Orders Issued Before September 1, 2014:**

- Briefs (public): 6 file copies plus 2 copies to lead counsel.
- Appendices (public): 5 file copies plus 2 copies to lead counsel.  The Court will not pay for appendices in Anders cases.
- Sealed Briefs and Appendices: 4 file copies plus 1 copy for lead counsel and 1 service copy for the government and co-defendants entitled to service.  (Sealed presentence reports and statements of reasons are placed in separate volumes for each co-defendant and served only on the government and the separate co-defendant.)
- Petition for Writ of Certiorari: 11 file copies plus 2 copies for lead counsel and 1 service copy for each party.

**Under Briefing Orders Issued After September 1, 2014:**

- Briefs (public): 1 file copy plus 3 additional copies if case is tentatively calendared for argument.
- Appendices (public): 1 file copy plus 3 additional copies if case is tentatively calendared for argument.

2

- Sealed Briefs and Appendices: 1 file copy and 1 service copy for the government and co-defendants entitled to service plus 3 additional copies if case is tentatively calendared for argument. (Sealed presentence reports and statements of reasons are placed in separate volumes for each co-defendant and served only on the government and the separate co-defendant.)
- Petition for Writ of Certiorari: 11 file copies plus 1 service copy for each party, and 1 copy for CJA counsel.

— *Paralegal and Law Clerk Services*:  Services provided by paralegals may be claimed at an hourly rate of $35, and services provided by law clerks can be claimed at an hourly rate of $25, if such services will result in greater efficiency and lower costs for the CJA program. Attach an itemized statement specifying the date, paralegal or law clerk, description of services , number of hours claimed for each service provided, and any expenses incurred.  A Paralegal Time and Expenses Worksheet is available for this purpose.  If the total cost of services from all service providers exceeds $800, identify the date of the Court's order granting prior authorization.  Secretarial services are not reimbursable.

— *Interpreter and Translator Services*:  Services provided by interpreters or translators require advance authorization by the Court of the rates and estimated total charge. Interpreters and translators must fully itemize their services by attaching to the voucher a statement of the services provided, rates charged, and a copy of the word count generated by the word processing software for translated documents.  Interpretation of oral communication may be claimed at a rate not in excess of $58 per hour (for certified interpreters) or $34 per hour (for non-certified interpreters).  Certification is not required for interpreter services on appeal.  Translation of documents may be claimed at a rate not in excess of $165 per 1,000 words.  Counsel filing an Anders brief must arrange for adequate interpreter or translator services to communicate the substance of the Anders brief and the right to file a supplemental pro se brief.

— *CALR Services*:  Computer-assisted legal research services performed by employees of a computer legal research firm may be claimed by attaching the firm's invoice and showing that the total amount charged for the services is reasonable.  If the total cost of services from all service providers exceeds $800, identify the date of the Court's order granting prior authorization for the services.

**ITEM 17.  PAYEE'S NAME AND MAILING ADDRESS:**  Enter the name and address of the service provider, Taxpayer Identification Number (TIN), and telephone number.  Enter the dates the service was provided in *Service From* _____  *To* _____.   An authorized representative of the Payee must sign and date this section.

**ITEM 18.  CERTIFICATION OF ATTORNEY:** The attorney for the defendant shown in Item 2 must sign and date this section**.**

**LINK:** Paralegal Time and Expenses Worksheet